MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN POOLEY
Special Assistant United States Attorney
Arizona State Bar No. 032759
Email: kevin.pooley@usdoj.gov
SHARON K. SEXTON
Assistant United States Attorney
Arizona State Bar No. 012359
Email: Sharon.Sexton@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

**FILED** ___ LODGED
___ RECEIVED ___ COPY

OCT 0 6 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Andrew Walsh,<br><br>Defendant. | No. CR-20-00584-PHX-DJH (ESW)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)<br>(Possession With Intent to Distribute Methamphetamine, a Controlled Substance)<br>Count 1 |

**THE GRAND JURY CHARGES:**

On or about August 28, 2020, in the District of Arizona, the defendant, ANDREW WALSH, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

/ / /

/ / /

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date: October 6, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*

KEVIN POOLEY
Special Assistant U.S. Attorney
SHARON K. SEXTON
Assistant U.S. Attorney