# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00584-PHX-DJH |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Andrew Walsh, | |
| Defendant. | |

Defendant appeared in court with counsel. Pursuant to 18 U.S.C. § 3141 et. seq. a detention hearing was held. The Defendant is ordered detained pending an intake assessment for placement at Crossroads in Phoenix, Arizona or other facility as designated by Pretrial Services. Should Defendant be found suitable for placement, a release hearing before the duty magistrate judge will be scheduled to set conditions of release to include pretrial residency at said facility, as conditions do exist which would reasonably assure the safety of others and the appearance of the Defendant if Defendant is found for placement. Should Defendant not be found suitable for placement, Defendant shall be detained pending trial as there are no conditions or combination of conditions which would reasonably assure the safety of others or the appearance of the Defendant.

The Pretrial Services Officer is ordered to timely notify this Court of the Defendant's intake assessment results. If the Defendant is found suitable for placement, the Pretrial Services Officer shall also timely notify the Court of the date and time the facility will provide transportation from the Sandra Day O'Connor Courthouse for the

Defendant as well as the need for a release hearing for the duty magistrate judge to set conditions of release, including pretrial residence at the facility.

Dated this 2nd day of November, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge