GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN POOLEY
Arizona State Bar No. 032759
Special Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kevin.Pooley@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00584-PHX-DJH |
| Plaintiff, | |
| vs. | **SENTENCING MEMORANDUM** |
| Andrew Walsh, | |
| Defendant. | |

The United States of America, by and through counsel undersigned, hereby files this Sentencing Memorandum. Counsel undersigned has reviewed the draft Presentence Report (PSR) and concurs with the facts and guideline calculations therein. The government has no additions or corrections.

The government believes that the recommended sentence of 40 months is reasonable; however, ultimately submits that a sentence of 57 months is more appropriate. The government recognizes the mitigating factors noted in the PSR and the efforts the defendant has made to address his substance abuse issues. Additionally, the government has taken into consideration a similarly situated defendant who was recently sentenced to 39 months followed by 3 years of supervised release.[1] A sentence of 40 months may be

---

[1] On May 20, 2021, Margret Ann Nelson was convicted of a violation of Title 21, United States Code §§ 841(a)(1) and (b)(1)(B)(viii), Possession With Intent to Distribute

reasonable, but it does not give appropriate weight to the amount of drugs the defendant possessed.  The defendant is accountable for 1,827.65 kilograms of Converted Drug Weight which includes methamphetamine, heroin, and fentanyl.  The amount of dangerous drugs that was intended to for public distribution is a serious concern.  The amount of damage the defendant has caused the community through frequent drug distribution cannot be understated and should call for sentence within the guidelines.

A sentence at the lowest calculated guideline range of 57 months strikes an appropriate balance among all the statutory factors and represents a reasonable and just sentence under the particular circumstances of this case.

Respectfully submitted this 15th day of June, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

 *s/Kevin Pooley*
KEVIN POOLEY
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Zach Storrs,
Attorney for Defendant

Jon Spano,
U.S. Probation Officer

*s/Erica Lane*
U.S. Attorney's Office

---

Methamphetamine, a Controlled Substance, a Class B felony offense in CR-20-08091-002-PCT-JJT.  She was sentenced by the Honorable John J. Tuchi to 39 months followed by 3 years of supervised release.  The defendant is alleged to have sold Ms. Nelson 372.1 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.